UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT EARL TUCKER, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| vs. ) | CAUSE NO. 3:03-CV-57 RM |
| ) | |
| SAINT JOSEPH CARE CENTER, ) | |
| ) | |
| *Defendant* ) | |

OPINION and ORDER

On May 1, Robert Earl Tucker filed a notice of appeal of the court's April 26 order denying his request for reconsideration. To the extent Mr. Tucker seeks relief from this court, such a request must be denied because once a notice of appeal is filed, the court's ability to address the issue subject to the appeal is limited. *See* May v. Sheahan, 226 F.3d 876, 879 (7th Cir. 2000). This case will proceed as usual with the issues not contained in Mr. Tucker's notice of appeal.

SO ORDERED.

ENTERED:   May 12, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   Magistrate Judge Nuechterlein
R. Tucker
T. Brunner/C. Brook